# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

RE:

ROLAND VANCE ASKINS, III,

CASE NO. Case No. 8:18-bk-8833 RCT
CHAPTER 7 PROCEEDING

_____/

NANCY J. GARGULA,
UNITED STATES TRUSTEE FOR REGION 21

,Plaintiff,

vs.

ROLAND VANCE ASKINS, III,                    Adv. Pro. No. 19-ap-00497-RCT

Defendants,

_____/

## ANSWER TO COMPLAINT

ROLAND VANCE ASKINS, III, Defendant in the above referenced case, by and through his undersigned counsel, herein response to the number paragraphs of the Adversary Complaint filed by NANCY J. GARGULA,.

1. Admits the jurisdictional allegations contained in numbered paragraphs 1 through 3.

2. Admits the allegations contained in paragraphs: 1 through 18.

3. Denies the allegations contained in the remaining paragraphs.

4. As and for his First Affirmative Defense, the Defendant would show that subsequent to this case being filed he provided his amended 2018 tax return.

5. As and for his Second Affirmative Defense, the Defendant would show that he has produced all items that are within his care, custody and control.

### CERTIFICATE OF SERVICE

I certify that a copy of this document was electronically served via the ECF Filing System to the person listed below on October 30, 2019.

Benjamin E. Lambs
Trial Attorney
Fla. Bar No. 774197
501 E. Polk Street, Suite 1200
Tampa, FL 33602
Attorney for Plaintiff

        Respectfully submitted,

        ORSINI & ROSE LAW FIRM

        By: /s/ Scott T. Orsini

            Scott T. Orsini
            Florida Bar No. 855855
            5315 1st Avenue S.
            SAINT PETERSBURG, FL 33707
            Tel. (727) 323-9633
            Fax (727) 323-5149
            E-Mail: sorsini@attorneysusa.com
            Secondary E-Mail:
            orsinilaw1995@gmail.com
            Attorney for Defendant s