ORDERED.

Dated: December 23, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Roland Vance Askins, III,                    Case No.  8:18-bk-8833-RCT

    Debtor.
_____/

Nancy J. Gargula,

    United States Trustee for Region 21,    Adv. Pro. No.  8:19-ap-497-RCT

    Plaintiff

v.

Roland Vance Askins, III,

    Defendant.
_____/

**ORDER DENYING AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS**

    This matter came before the Court on December 10, 2019, in order to consider the United States Trustee's Amended Motion for Judgment on the Pleadings (Doc. 10). For the reasons stated orally and recorded in open court, the motion is denied.

    Accordingly, it is

ORDERED:

The United States Trustee's Amended Motion for Judgment on the Pleadings is denied.

Clerk's Office is directed to a serve a copy of this order on Defendant and the United States Trustee